## CERTIFICATE OF CONFERENCE

The Undersigned communicated with Appellant's counsel Hilda Garza, who stated that she is not opposed to the Court granting this motion.

The Undersigned has communicated with Appellee on several occasions about his matter. She is unopposed to the Court granting this motion.

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
9/28/2015 5:06:49 PM
KEITH E. HOTTLE
Clerk

Carmen Benavides Ramirez